**Order entered July 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00756-CV

### IN RE ALEX NEAL, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-83919-2018**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE